UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Tobias Darden
(462932)
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Suffolk County
First Precinct et. al
John Doe 1 / Police Officer
John Doe 2 / P.O.
Jane Doe 1 / P.O.
John Doe / SGT. ET. Al ")
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2021 ★
LONG ISLAND OFFICE

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

CV-21 5132

JURY DEMAND
YES ✓    NO ___

GUJARATI, J.

TISCIONE, M.J.

I.   Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  Tobias Darden

If you are incarcerated, provide the name of the facility and address:

110 center drive
Riverhead, N.Y., 11901

Prisoner ID Number: 462932

1

If you are not incarcerated, provide your current address:

N/A

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: John Doe #1

Job Title: Police Officer

Address: 109 lindenhurst, N.Y.

Defendant No. 2

Full Name: John Doe #2

Job Title: Police Officer

Address: 109 lindenhurst, N.Y.

Defendant No. 3

Full Name: John Doe #3

Job Title: Police Officer

109 lindenhurst, NY

2

"First Precient"
Address

Defendant No. 4
#4 John Doe / SGT.
Full Name

SGT. / P.O.
Job Title

109 Rt. Lindenhurst, NY
First Precient
Address

Defendant No. 5
#1 Jane Doe
Full Name

Police Officer
Job Title

109 Rt. Lindenhurst, NY
First Precient
Address

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Grand Blvd & Elk St. Wyandanch, NY, 11798

When did the events happen? (include approximate time and date) 7/11/2020 19:40:00

3

**Facts: (what happened?)** I (Tobias Darden) was driving a friends car down Grand Ave. towards DPA. when I came across a 4way intersection. Car was to my left that was there first, then the police truck pulled up on my right side then I came to my complete stop. At the stop sign. The first car went then the police truck should've went but for some strange reason the driver waves his hand and tells me to go. I'm puzzled because I know they where at the stop sign before me. I proceed & not even 2min go by they hit their lights on the police truck & I'm being pulled over. Which I don't know why. I pull right over on the side of the road. (Grand Ave & Elk St.) Where the officer John Doe #1 & John Doe #2 jump out their police truck. John Doe #1 walks up to the drivers side while John Doe #2 walks up to the passenger side. John Doe #1 asks for license, insurance, & reg. of the vehicle. Which I hand over. I ask why did they pull me over? They give me no answer. John Doe #1 says get out the car,
cont. →

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I have pictures of my injuries I went to Good Sam. Hospital in West Islip and I have other problems that I'm ashamed to speak of.

4

_____
_____
_____
_____

**III.   Relief:** State what relief you are seeking if you prevail on your complaint.

For every officer that was involved to be terminated or re-trained so nobody has to be tazed or molest for a traffic stop. "Police brutality" "Racial Bias" "Essuise force" & Abusing his authority. I had several of my constitutional rights violated. I'm looking for 2.5 million dollars! Body Cams footage incident (7/11/2020)

I declare under penalty of perjury that on _____, I delivered this
                                              (date)
complaint to prison authorities at  S.C.C.F.  to be mailed to the United
                                  (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/24/21

_____
Signature of Plaintiff

Suffolk County Corr. Facility
Name of Prison Facility or Address if not incarcerated

110 center drive
Riverhead, NY, 11901
Address

462932
Prisoner ID#

Sworn to (or affirmed) and subscribed before me
this 24 day of Aug, 2021.
_____
Notary Public's Signature

rev. 12/1/2015

STEVEN E HORTON
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. # 01HO6358429

5

STEVEN E HORTON
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. # 01HO6358429
COMM. EXP. 05/05/2025

ask do I have anything illegal on me. I do what is asked of me. John Doe #2 is already in the car searching. John Doe #1 finds a small quantity of marijuana about 2 grams, on the side of the door. I tried to explain this is not my car, while being patted down from head to toe by John Doe #1. After that my "IV" constitutional amendment right was violated. John Doe #1 step back look me up & down & then told me to take off my sneakers. Which is "bias & racial discriminating. I declined taking off my shoe's, I was already patted down. I tried to explain this is a traffic stop. John Doe #1 got red in the face and charged me. He yelled he got something and I balled up & then John Doe #2 came from the other side of the car & they attack me. I was screaming for my life which my "XIV amendment constitutional right was violated". John Doe #1 & John Doe #2 tripped me to the ground which I wind up under the car I was driving. John Doe #1 put his knee on my neck to keep me still then begun to taze me on my right arm. (Which I have pic. of both taze) I guess it wasn't enough for him he tells me he's putting up another level & taze me a second time on my back. I black out for a second, I was face down laying on my stomach handcuffed. When I got my sense together they pulled me from under the car & stood me on my feet. I was dazed & felt

(3)

weak. They pulled me to the passenger side of the police truck that intiated the pull over. While coming to my sense I realize more cop cars have pulled up.

They put me by Jane Doe #1 to watch me while I'm standing by the police truck handcuffed. After about 20 mins. or so, of checking the area moving the car I was in because they had me under it. Taze me & beat me up. John Doe #3 walks up to me grabs my sweat pants from the front looks at my privates then my back side & swipes his fingers up & down which is "unreasonable force" by a police officer, "Essevise force", & "Police brutality" all in one. My "constitutional amendment I" right was violated when I ask the officer John Doe #3 isn't this illegal. He responded (John Doe #3) What!

I said what your doing, I'm not in the preceint how are you stripping me? He responded (John Doe #3) got close to me & said you're in handcuffs right; then we can do whatever we want. I just kept my mouth closed after that. Shortly after that moment they put me in the backseat of the Suffolk County police truck. Drove me to Good Sam. Hospital in West Islip. Before entering they "molest me again by pulling my pants a few inches to the front fondling me & then the same with the back side. I didn't dare say a word this time. I just wanted other people to be around because I knew they could do what

ever they wanted to do to me (Police Officer) and that wasn't a good feeling. Luck for me they brought me in the hospital. They never really let me speak to the doctor or nurse confidantally so I was scared to explain exactly what the officer did to me. John Doe #1 & John Doe #2 force me to the hospital made me take X-rays which the hospital bills are coming to my house. I don't have medical insurance so these bills are unpaid. While doing my X-Rays the nurse that sets me up had to push the cop outside the room but I heard him trying to coercion the nurse & doctor asking if I swallowed something & is there anything inside of me. Not nothing about me being tazed or beat up just the same qu. over & over. I'm not to sure which John Doe because I was still on the X-Ray table. I said out loud I didn't swallow nothing. I don't know why they brought me to the hosp. for X-Rays & not my injuries. I never had nothing & what they did to me was uncrvel. Nurse explain that their wasn't nothing in my X-rays. After that I was on my way back to the first precient with John-Doe #1 & John Doe #2 Suffolk County & later that night bailed out the precient. Which I found out they pulled me over for no-seatbelt but I had my seatbelt on. If it was a traffic stop so small why didn't he (John Doe #1) just write me a ticket for the traffic stop and let me go on my way? My nightmare didn't stop there with these misdemeanor. I had other legal troubles that same

(5)

month I had to turn myself in to take care of my time I was on bail for. During this time they put a warrant out for me (804548#) while I was still incarcerated, which I was never informed about later put me back in jail on a parole-violation which I wasn't on parole when this happen. I'm seeking help! My constitual right " IV V IVX I IIIV "
  "Which were continuously violated from Suffolk county first precient et. al"

  " Jones vs Treubigs "

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Tobias Daroeny (4402932)

RECEIVED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2021 ★
LONG ISLAND OFFICE

To: Clerk
EDNY, 100 Federal Plaza
Central Islip, NY 11722
United States District Ct.